UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES ex rel. RELATOR LLC,<br><br>       Plaintiff,<br><br>-against-<br><br>RAMON RAMIREZ aka Ray Ramirez et al.,<br><br>       Defendants. | Case No. 1:24-cv-00591 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

On November 11, 2024, Relator LLC informed the Court that it was voluntarily dismissing this action without prejudice. Dkt. 7. Because Relator LLC had not filed evidence of the written consent of the United States to dismiss the action, as the Court had previously ordered, *see* Dkt. 3, the Court directed Relator LLC to file on the docket the written consent of the United States to dismiss the action by December 5, 2024. Dkt. 8. On December 4, 2024, the United States filed notice of their consent to the voluntary dismissal of this action. Dkt. 9. As the requirements for voluntary dismissal under the False Claims Act, 31 U.S.C. § 3730(b)(1), are now satisfied, the action is voluntarily dismissed pursuant to Federal Rule of Civil Procedure 41(a)(i). The Clerk of Court is directed to terminate the case.

Dated: December 5, 2024
   New York, New York

                  SO ORDERED.

                  *Jennifer Rochon*
                  JENNIFER L. ROCHON
                  United States District Judge